### In re LAMPITOE.

(District Court, S. D. New York.  April 12, 1916.)

ALIENS ⬦⟶61—NATURALIZATION—"WHITE PERSON."

The son of a Filipino mother and a father who was half Filipino and half Spanish is not a "white person," and is not entitled to naturalization, even though he had served one full term in the Navy and was serving another.

[Ed. Note.—For other cases, see Aliens, Cent. Dig. §§ 119–122; Dec. Dig. ⬦⟶61.

For other definitions, see Words and Phrases, First and Second Series, White Person.]

Petition for naturalization by one Lampitoe.  Petition denied.

The petitioner is the son of a Filipino mother and of a father whose mother was a Filipino and whose father was a full-blooded Spaniard, resident in Manila.  The petitioner has served one full term of enlistment in the United States Navy and is now serving another; he is in every way qualified for citizenship, unless his race prevents.

LEARNED HAND, District Judge.  The case falls exactly within In re Alverto, 198 Fed. 688, and needs no other consideration.  There may be doubt about such cases as In re Camille (C. C.) 6 Fed. 256, or In re Knight, 171 Fed. 299; but where the Malay blood predominates it would be a perversion of language to say that the descendant is a "white person."  Certainly any white ancestor, no matter how remote, does not make all his descendants white.

Petition denied.